# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 10-0406-CG-B |
| | ) | |
| WILLIAM H. LYNCH, individually | ) | |
| and dba LYNCH DME LLC, | ) | |
| dba United Home Healthcare LLC | ) | |
| and LOREN SAALMAN, | ) | |
| individually and as a former | ) | |
| employee of  LYNCH DME LLC, | ) | |
| dba United Home Healthcare LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT BY DEFAULT

An entry of default having been entered by the Clerk of Court as to Defendant, Loren Saalman, individually and dba Lynch DME LLC, on November 8, 2010, (Doc. 12), all in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and counsel for Plaintiff, United States of America, having requested judgment against defaulted Defendant and having filed a declaration pursuant to 28 U.S.C. § 1746 as to the amount due;

It is hereby **ORDERED** and **ADJUDGED** that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment is rendered in favor of Plaintiff, United States of America, and against the Defendant, Loren Saalman, individually

and dba Lynch DME LLC, in the amount of **$634,128.00**, which constitutes treble damages; and an award of civil penalties in the amount of **$360,000.00**, for the submission of 45 false claims to Medicare; and post judgment interest at the legal rate of .27% pursuant to the provisions of Title 28, United States Code, Section 1961, until paid in full, and court costs.

    **DONE** and **ORDERED** this 23rd day of November, 2010.

    /s/ Callie V. S. Granade
    UNITED STATES DISTRICT JUDGE