# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 10-0406-CG-B |
| | ) |
| WILLIAM H. LYNCH, individually | ) |
| and dba LYNCH DME LLC, | ) |
| dba United Home Healthcare LLC | ) |
| and LOREN SAALMAN, | ) |
| individually and as a former | ) |
| employee of LYNCH DME LLC, | ) |
| dba United Home Healthcare LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF SETTLEMENT
## AND CONSENT JUDGMENT

A Settlement Agreement having been entered between the Plaintiff, United States of America, and the Defendants, William Howard Lynch, individually and dba Lynch DME LLC, dba United Home Healthcare LLC, (Doc. 23), and upon consent of the Parties, and the Court being fully advised;

It is hereby **ORDERED** and **ADJUDGED** that a Judgment is rendered in favor of Plaintiff, United States of America, and against the Defendants, William Howard Lynch, individually and dba Lynch DME LLC, in the amount of **$422,752.00**, and post judgment interest at the legal rate of .29% pursuant to 28 U.S.C. § 1961, each party to bear their own costs; and

It is further **ORDERED** and **ADJUDGED** that the Settlement Agreement entered into between the Parties is hereby incorporated by reference into this Judgment.

**DONE** and **ORDERED** this 20th day of December, 2010.

/s/   Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE